Michael S. POWELL, Plaintiff–Appellee,

v.

The HOME DEPOT U.S.A., INC., Defendant–Appellant.

No. 2011–1060.

United States Court of Appeals, Federal Circuit.

March 25, 2011.

Donald R. Dunner, Finnegan, Henderson, Farabow, Washington, DC, for Plaintiff–Appellee.

George M. Sirilla, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, for Defendant–Appellant.

ON MOTION

ORDER

The parties jointly move to stay proceedings in this appeal pending the court's

disposition of *Powell v. Home Depot U.S.A., Inc.*, 2010–1409, –1416.

The parties state that they have entered into an agreement resolving the issues in this appeal which is contingent on the outcome of 2010–1409, –1416.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay the briefing schedule is granted. The parties are directed to inform this court, within 14 days of the final disposition in 2010–1409, –1416, concerning how they believe that this appeal should proceed.

(2) A copy of this order shall be transmitted to the merits panel assigned to decide 2010–1409, –1416, to inform that panel of the agreement in 2011–1060.

(3) The motion for an extension of time is moot.